UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANITA L. FOREMAN-GLENN, | Civil No. C08-5356JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, Plaintiff may raise any issue, and the administrative law judge will:

- Further develop the record and hold a de novo hearing;

Page 1    ORDER - [3:08-CV-5356-JKA]

- Re-evaluate all medical evidence, including opinions from Gail S. Conway, D.O., Susana Serna, F.N.P., and Randy Hurst, Psy.D., and clearly articulate the weight given to each opinion;
- Obtain medical expert evidence regarding the nature and severity of Plaintiff's mental impairments, including whether they meet or equal a listed impairment and the functional limitations they cause;
- Re-evaluate Steps Two through Five of the sequential evaluation process; and
- If warranted, obtain supplemental vocational expert testimony to determine Plaintiff's ability to perform other work.

DATED this 20th day of October, 2008.

                               */s/ J. Kelley Arnold*  
                               UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov