IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| ANITA L. FOREMAN-GLENN, | ) | Civil No. C08-5356JKA |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER FOR |
|  | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of Social Security | ) |  |
|  | ) |  |
| Defendant | ) |  |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of $3,865.13, expenses in the amount of $55.01, for a total of $3,920.14, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $384.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 16th day of January, 2009.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net